FILED
September 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D24

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Andrew E. Altes and Vicki R. Altes | **Case No :** | 10-35659 - D - 7 |
| | | **Date :** | 9/1/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [15] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (jris) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; Fed. Rule Bank. 4001(a)(3) waived; no further relief afforded.

Dated: September 04, 2010

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court